JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERGEY SHOMPIYEV, | No. CV 21-5714-GW-KESx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MERRICK B. GARLAND, U.S. Attorney General; et al., | |
| Defendants. | |

For the reasons set forth in the Court's Final Ruling on Hearing on Administrative Record (Dkt. Nos. 24, 26), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered for Defendants on all claims.

IT IS SO ORDERED.

DATED: <u>May 5, 2022</u>

*[signature]*
_____
HONORABLE GEORGE H. WU
United States District Judge

Presented by,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


    /s/ Margaret M. Chen
_____
MARGARET M. CHEN
Assistant United States Attorney

Attorneys for Defendants
Merrick B. Garland, Alejandro Mayorkas, Ur Jaddou

1